**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>CHANDA TAYLOR<br><br>Debtor(s) | Case No. 15-07865 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/05/2015.

2) The plan was confirmed on 08/27/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/01/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/24/2018.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,092.00 |
| Less amount refunded to debtor | $33.74 |

**NET RECEIPTS:** $6,058.26

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $262.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,262.24

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABOR CENTER FOR EYE CARE | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ACADIAN AMBULANCE SERVICES | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,700.00 | 1,577.40 | 1,577.40 | 19.61 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,058.00 | 1,058.30 | 1,058.30 | 17.95 | 0.00 |
| COMMUNITY HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 220.00 | 245.60 | 245.60 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,381.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ISAC | Unsecured | 24,273.00 | 31,704.53 | 31,704.53 | 537.87 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| K A JUCAS | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | NA | 66.33 | 66.33 | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LOUISIANA RECOVERY SVC | Unsecured | 1,411.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,273.00 | 1,273.47 | 1,273.47 | 15.83 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 31,355.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD LENDING SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Patients 1st Emergency Med. | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 333.86 | 333.86 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,200.00 | 1,176.98 | 1,176.98 | 19.96 | 0.00 |
| PLATEPASS | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 403.44 | 403.44 | 0.00 | 0.00 |
| PULMONOLOGY ALLERGY ASSOC | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 8,129.00 | NA | NA | 0.00 | 0.00 |
| SATISH PATEL MD | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST ORAL SURGEONS | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 600.00 | 981.20 | 981.20 | 16.65 | 0.00 |
| STROGER HOSPITAL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| STROGER HOSPITAL | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| THE HMC GROUP | Unsecured | 83.00 | 83.41 | 83.41 | 0.00 | 0.00 |
| THE SEMRAD LAW FIRM LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TITLE LENDERS INC | Secured | 950.00 | 0.00 | 1,100.00 | 1,100.00 | 51.02 |
| TITLE LENDERS INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| TMobile | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,029.00 | 1,009.54 | 1,009.54 | 17.13 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | NA | 471.00 | 0.00 | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Willowbrook Police Dept | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,100.00 | $1,100.00 | $51.02 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,100.00** | **$1,100.00** | **$51.02** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$39,914.06** | **$645.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,262.24 |
| Disbursements to Creditors | $1,796.02 |
| **TOTAL DISBURSEMENTS :** | **$6,058.26** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/07/2018                  By: /s/ Tom Vaughn
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**